**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION**

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

APR 1 4 2004

JOHN F. CORCORAN, CLERK
BY: ~~Tam Coleman~~
DEPUTY CLERK

| | | |
|---|---|---|
| KIRK D. RAMEY, Administrator of<br>The Estate of Patricia Ramey, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CASE NO. 602#CV0056 |
| | ) | |
| CITY OF BEDFORD, VIRGINIA | ) | |
| | ) | |
| and | ) | |
| | ) | |
| BOYD L. ROYER, | ) | |
| | ) | |
| Defendant | ) | |

**ORDER APPROVING
SETTLEMENT OF WRONGFUL DEATH CLAIMS**

THIS DAY came the parties, by agreement, the Plaintiff, *pro se*, and the

Defendants, the City of Bedford, Virginia, and Boyd L. Royer, by counsel, seeking court

approval of a certain compromise settlement covering any and all claims for the death of

Patricia Ramey allowable under the wrongful death statutes of Virginia, Va. Code Ann.

§8.01-50, *et. seq.*, or for any other claims alleged in the Plaintiff's Complaint, or

subsequent Amended Complaints, or which could have been alleged in such pleadings, or

in any independent action prior to the date of this Order or could in any way be construed

as arising from the facts alleged by the Plaintiff in such pleadings.

Plaintiff has represented unto the Court that the only statutory beneficiary of the

Estate of Patricia Ramey is the Plaintiff, Kirk D. Ramey, who seeks approval of this

compromise settlement.

Upon consideration whereof, it appearing unto the Court that all parties in interest and required by law have previously convened before the Court to apprise the Court of the facts and circumstances at issue and the terms of the settlement reached, that all of the beneficiaries entitled by law to share in any recovery on account of injuries and/or death of the deceased have given their consent to the terms of this compromise settlement, as evidenced by their signatures hereto to this Order, and deeming it to be in the best interest of all concerned, the Court does hereby **APPROVE** the compromise settlement of the wrongful death claim of Kirk Ramey, the Administrator of the Estate of Patricia Ramey, deceased.

It is further **ADJUDGED** and **ODRERED** that Kirk Ramey, as Administrator of the Estate of Patricia Ramey, deceased, be, and he hereby is, authorized and directed to execute a full and complete release on behalf of the estate and the beneficiaries of Patricia Ramey, deceased, of any and all claims which have arisen or may arise, in any of the matters which were, or could have been, set forth in the Plaintiff's Complaint or subsequent Amended Complaints filed herein and execute any further receipts and other papers in connection with the settlement of this matter.

Furthermore, it appearing unto the Court that Patricia Ramey was 54 years of age at the time of her death, that she was survived by Kirk Ramey, Administrator and natural son, who is the only person entitled to share in distribution of the settlement sums under the terms and provisions of Va. Code Ann. §8.01-50, *et. seq.*, and that there are no other persons entitled to share in the distribution of the sums paid; that the Administrator and the sole statutory beneficiary, have agreed to the distribution of the proceeds of the settlement as set forth herein-below and that there are no outstanding expenses connected

with this matter, it is proper for the Court to direct and distribute the total cash settlement sum tendered herein and the Court directs said sum to be paid as follows:

    (1)    to Kirk Ramey, as Administrator and the sole statutory beneficiary of the Estate of Patricia Ramey.

The settlement sum having been tendered to the Plaintiff and received by the Plaintiff, as evidenced by the signature of the Plaintiff below. Plaintiff has represented unto the Court that all bills associated with any medical care and/or funeral expenses for Patricia Ramey have been paid. In the event that any such bills or liens should come to light in the future, it is shall be the responsibility of Kirk Ramey, as the Administrator of the Estate of Patricia Ramey and/or the Estate of Patricia Ramey to satisfy them. The Defendants, the City of Bedford and Boyd L. Royer, are expressly DISCHARGED from all such liability, past or future, associated with any bills or liens in any way connected with the death of Patricia Ramey.

In consideration of the above, it is hereby **ADJUDGED** and **ORDERED** that the settlement agreement be, and it is, hereby APPROVED and that the City of Bedford and Boyd Royer are DISMISSED AGREED WITH PREJUDICE in this action. The Clerk of this Court is ORDERED to send attested copies of this Order to the Plaintiff *pro se* and to counsel for the Defendants.

Enter this _14th_ day of _April_, 2004.

_____
Judge

We ask for this:


Kirk D. Ramey, Individually and as
The Administrator of the Estate of
Patricia Ramey, and as the statutory
beneficiary of the Estate of Patricia Ramey


David B. Hart (VSB #33393)
John Mark Cooley (VSB #42679)
WootenHart PLC
P.O. Box 12247
Roanoke VA 24024-2247
(540) 343-2451
Fax: (540) 345-6417
Counsel for Defendants


s:\s7\17495\settlement order no2.doc3/31/04cn